**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-7223**

───────────────

WILLIAM WHITE, JR.,

        Petitioner - Appellant,

    v.

DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS,

        Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:23-cv-00637-MHL-MRC)

───────────────

Submitted:  September 11, 2024                    Decided:  October 1, 2024

───────────────

Before WILKINSON, NIEMEYER, and HARRIS, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

William White, Jr., Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William White, Jr., seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 petition as an unauthorized, successive § 2254 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that White has not made the requisite showing. Accordingly, we deny White's motions for a certificate of appealability and dismiss the appeal. We also deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*